STATE OF LOUISIANA          *          NO. 2024-K-0622

VERSUS                      *          COURT OF APPEAL

IRA R. TONEY, JR.           *          FOURTH CIRCUIT

                            *          STATE OF LOUISIANA

                            *

                            *
                    * * * * * * *


JCL     LOBRANO, J., CONCURS IN THE RESULT